IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-WM-252 (OES)

SUSAN LOUISE MITCHELL,

Plaintiff(s),

vs.

THE CITY OF COLORADO SPRINGS, et al.,

Defendant(s).

## ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

On April 29, 2005, I submitted a Recommendation to District Judge Walker Millin in which I recommended that he dismiss plaintiff's amended complaint for failure to comply with the provisions of Fed.R.Civ.P. 8(a).  Plaintiff filed an Objection to my recommendation on May 9, 2005, but Judge Miller has not, as yet, acted upon plaintiff's Objection.

On or about May 9 to May 11, plaintiff filed a Motion to File Second Amended Complaint, and filed a Second Amended Complaint.  *See* Doc. entries 31-33.  On September 6, 2005, plaintiff filed another amended complaint and Motion to File Second Amended Complaint. [Doc. 37, filed September 6, 2005].  Because plaintiff filed these pleadings before any ruling from Judge Miller on the Recommendation to dismiss, I will strike them.

On September 19, 2005, plaintiff filed a Motion to Compel.  Plaintiff's motion will

be denied, and I will enter an order that stays any discovery pending resolution by Judge Miller of the Recommendation for dismissal.

## CONCLUSION

It is therefore ORDERED as follows:

1. Plaintiff's Motions to File Second Amended Complaint [filed twice: May 9-11, 2005, and September 6, 2005 (Doc. 37)] are STRICKEN pending resolution by Judge Miller of the Recommendation for dismissal.

2. Plaintiff's Motion to Compel [Doc. 38, 2005, filed September 19, 2005] is DENIED.

3. **All discovery is this matter is hereby stayed** pending resolution by Judge Miller of the Recommendation for dismissal.  **Plaintiff is ordered to file no further documents or motions** until after Judge Miller has issued his ruling.

Dated at Denver, Colorado, this day of:  September 23, 2005

BY THE COURT:

s/ O. Edward Schlatter

_____
O. Edward Schlatter
United States Magistrate Judge

2