IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00252-WDM-OES

SUSAN LOUISE MITCHELL,

       Plaintiff,

v.

CITY OF COLORADO SPRINGS, et al

       Defendants.

---

ORDER TO CURE DEFICIENCY

---

Miller, Judge

Plaintiff submitted a Notice of Appeal on October 24, 2005. I have determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
    X    is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    X    is not submitted
    __    is not on proper form (must use the court's current form)
    __    is missing original signature by plaintiff/petitioner on motion
    __    is missing affidavit
    __    affidavit is incomplete
    __    is missing original signature by plaintiff/petitioner on affidavit
    __    affidavit is not notarized or is not properly notarized
    __    other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30)

days from the date of this order.  Any papers that plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, on October 25, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge