IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00252-WDM-OES

SUSAN LOUISE MITCHELL,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, et al.,

    Defendants.

---

**ORDER**

---

Miller, J.

    Plaintiff Susan Louise Mitchell has filed *pro se* on February 1, 2006, a document titled "Plaintiff's Complaint of Incompetency of the Court and Motion to Correct Court Record to Reflecting Plaintiff Never Motion Nor Filed an Affidavit for Leave to Proceed In Forma Pauperis." Plaintiff argues that the Court's records are not accurate and that I improperly denied her leave to proceed *in forma pauperis* on appeal because she never filed a motion seeking leave to proceed *in forma pauperis* on appeal. Plaintiff asks me to correct the Court's inaccurate record. For the reasons stated below, the motion to correct the record will be denied.

    The Court's docketing records reflect that on December 20, 2005, Plaintiff filed a "Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24." The "Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24" is dated December 16, 2005,

and bears Plaintiff's signature. Therefore, Plaintiff did file a motion seeking leave to proceed *in forma pauperis* on appeal and the motion to correct the record will be denied. Accordingly, it is

ORDERED that "Plaintiff's Complaint of Incompetency of the Court and Motion to Correct Court Record to Reflecting [sic] Plaintiff Never Motion Nor Filed an Affidavit for Leave to Proceed In Forma Pauperis" filed February 1, 2006, is denied.

DATED at Denver, Colorado, this 10th day of February, 2006.

BY THE COURT:

WALKER D. MILLER
United States District Judge